```
                                    Judge Brian Lynch
                                    Place TACOMA
                                    Date  2/23/11
                                    Time 1:30 p.m.
                                    Chapter 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | No. 10-50255 |
| CHRISTOPHER & CHRISTI HALVORSON | ) | **AMENDED TO CORRECT DATE/TIME** |
| | ) | **WELLS FARGO BANK'S** |
| Debtor. | ) | **OBJECTION TO CONFIRMATION AND** |
| | ) | **NOTICE THEREOF** |

TO:       CLERK OF THE COURT
AND TO:   THE HONORABLE BRIAN LYNCH
AND TO:   DEBTORS HEREIN AND THEIR ATTORNEYS
AND TO:   ALL CREDITORS AND PARTIES IN INTEREST

   PLEASE TAKE NOTICE that Wells Fargo Bank objects to Confirmation of debtor's Chapter 13 Plan and a hearing is set as follows:

   Judge: Brian Lynch
   Place: Tacoma
   Date: 2/23/11
   Time: 1:30 p.m.

   You may file your objection and/or review any documents in support if this motion at:

   U.S. BANKRUPTCY COURT CLERK

   <u>xxx</u> 1717 Pacific Avenue, Tacoma WA 98402

   DATED February 8, 2011.
                         /s/Bradley B. Jones
                        BRADLEY B. JONES, WSBA #10732
                        Attorney for Creditor

OBJECTION OF WELLS FARGO BANK
TO CHAPTER 13 PLAN--1

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501

```
                                        Judge Brian Lynch
                                        Place TACOMA
                                        Date  2/23/11
                                        Time 1:30 P.M.
                                        Chapter  13
```

             IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:                              )    **IN CHAPTER 13**
                                    )    No. 10-50255
CHRISTOPHER & CHRISTI HALVORSON     )
                                    )
                                    )    **OBJECTION TO CONFIRMATION**
            Debtor(s)               )

    COMES NOW Wells Fargo Bank, NA, a secured creditor herein, and objects to the Chapter 13 Plan as proposed by debtor(s) herein, for the following reason(s):

    1. The objectionable provisions of Debtor's proposed treatment of the claim of Wells Fargo Bank is/are as follows:

    Wells Fargo Bank, NA holds a second Deed of Trust on debtor's property. Debtor's Chapter 13 plan does not provide for any treatment of the claim.

    WHEREFORE, Wells Fargo Bank, NA requests the court deny confirmation of the Plan as proposed by the debtor or, alternatively, modify creditor's treatment under the plan consistent with creditor's position set forth herein.

    Dated: February 4, 2011

                          /s/Bradley B. Jones
                          BRADLEY BOSWELL JONES, WSBA 10732
                          Attorney for   Creditor

OBJECTION OF WELLS FARGO BANK
TO CHAPTER 13 PLAN--2

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| CHRISTOPHER & CHRISTI HALVORSON | ) | |
| | ) | Bankruptcy No. 10-50255 |
| | ) | **PROOF OF SERVICE** |
| | ) | |

The below signed certifies under the penalty of perjury that on this date (s)he caused to be served either by US Mail, Facsimile, Legal Messenger or electronically a copy of an AMENDED NOTICE OF HEARING ON OBJECTION TO CONFIRMATION, OBJECTION and PROOF OF SERVICE, to the parties listed below:

CHRISTOPHER & CHRISTI HALVORSON
1426 Firland Drive
Puyallup, WA

CHRISTINA HENRY
ATTORNEY AT LAW
VIA ECF SYSTEM

DAVID HOWE
CHAPTER 13 TRUSTEE
VIA ECF SYSTEM

US TRUSTEE
Via ECF System

DATED this 8  day of February, 2011

    /s/Wendy Popp
Wendy Popp

OBJECTION OF WELLS FARGO BANK
TO CHAPTER 13 PLAN--3

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501